FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Eric Vasquez, <br><br> Defendant. | Case No.: 5:18-CR-163-4 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of *failure to appear on alleged* the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services ~~Report~~ *letter* and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

(X) other: **arrest warrant**

1

1          and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c). This finding is based on the following:
6          (X)   information in the Pretrial Services ~~Report~~ letter and Recommendation
7          ( )   information in the violation petition and report(s)
8          (X)   the defendant's nonobjection to detention at this time
9          (X)   other: _arrest warrant_

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: March 22, 2023

                                        SHERI PYM
                                  United States Magistrate Judge