FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED 18-CR-00163-JGB |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ERIC VASQUEZ | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- EXTENSIVE CRIMINAL HISTORY
- POOR PERFORMANCE ON SUPERVISED RELEASE
- HISTORY OF CONTROLLED SUBSTANCE ABUSE

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- ALLEGATION OF FAILURE TO REPORT AND ABSCONDING FROM SUPERVISION
- LACK OF IDENTIFIED BAIL RESOURCES

IT IS ORDERED that defendant be detained.

DATED: 5/27/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE